UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEIL MCNAUGHTON,

                    Plaintiff,                    20-CV-6991 (JMF)

-v-                                             ORDER

BILL DE BLASIO, et al.,

                    Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 8, 2020, the Court issued a Memorandum Opinion and Order dismissing Plaintiff's complaint for failure to state on claim on which relief may be granted and as frivolous and declining to exercise supplemental jurisdiction over any state-law claims Plaintiff may be asserting. ECF No. 20. On November 2, 2020, Plaintiff submitted a motion for reconsideration of that Order. ECF No. 21. As Plaintiff presents no valid grounds for reconsideration, the motion is DENIED. *See, e.g., Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (internal quotation marks, citations, ellipsis, and alterations omitted)).

      The Clerk of Court is directed to terminate ECF No. 21.

      SO ORDERED.

Dated: November 4, 2020
       New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge